# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 07-08262 MMM(JWJx) | Date October 24, 2008 |

Title  *Leonard Woods et al. v. Alexandria Housing Partners, L.P., et al.*

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**         **Order To Show Cause**

On October 8, 2008, an order was issued setting a further telephone conference for October 23, 2008 at 5:15 p.m. Counsel for the City of Los Angeles failed to make an appearance.

The court hereby issues an Order To Show Cause why it should not strike the City's answer and enter its default for failure to appear and comply with the courts orders. A written response to the OSC shall be filed no later than November 3, 2008.