1  ROCKARD J. DELGADILLO, CITY ATTORNEY, SB#125465
   BEVERLY COOK, Deputy City Attorney, SB#683132
2  ELLEN M. FAWLS, Deputy City Attorney, SB#128803
   Office of the City Attorney
3  200 N. Main Street, 9th Floor, Room 920
   Los Angeles, California 90012

4

5  Attorneys for Defendant
   CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALEDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, individuals, and CANGRASS, a non-profit California Corporation.<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br>ALEXANDRIA HOUSING PARTNERS, L.P., LOGAN PROPRTY MANAGEMENT, INC., CITY OF LOS ANGELES, COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, and DOES 1 through 20, inclusive.<br><br>　　　　　　　　　Defendants. | Case No.:  CV07-08262 MMM (JWJx)<br><br>**ORDER** |

　　IT IS HEREBY ORDERED that the request to continue the date to file the Stipulated Dismissal and the Settlement Agreement  is granted and the Court vacates its previous Order dated November 17, 2008 and

      IT IS HEREBY FURTHER ORDERED that the parties prepare a Stipulated Dismissal and Settlement Agreement to be filed with the Court no later than February 6, 2009.

Dated: <u>December 15, 2008</u>

                              _____/s/_____  
                              HON. JEFFREY W. JOHNSON  
                              UNITED STATES MAGISTRATE JUDGE