Deborah J. Fox (SBN 110929)
dfox@meyersnave.com
Susan E. Bloch (SBN 178778)
sbloch@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, California 90071
Tel: (213) 626 2906; Fax: (213) 626 0215

Rockard J. Delgadillo, City Attorney (SBN 125465)
Curtis S. Kidder, Assistant City Attorney and
    Agency General Counsel (SBN 121727)
ckidder@cra.lacity.org
Timothy J. Chung, Deputy City Attorney (SBN 173713)
tchung@cra.lacity.org
354 South Spring Street, 8th Floor
Los Angeles, California 90013
Tel: (213) 977-1802; Fax: (213) 617-8199

Attorneys for Defendant, Cross-Defendant
and Cross-Claimant
COMMUNITY REDEVELOPMENT AGENCY
OF THE CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, individuals, and CANGRESS, a non-profit California corporation,<br><br>                    Plaintiffs,<br>     v.<br><br>ALEXANDRIA HOUSING PARTNERS, L.P., LOGAN PROPERTY MANAGEMENT, INC., CITY OF LOS ANGELES, COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, and DOES 1 through 10 inclusive,<br><br>                    Defendants. | CASE CV07-08262-MMM(JWJx)<br><br>JOINT STIPULATION UPDATING THE COURT ON THE STATUS OF THE SETTLEMENT AGREEMENT; REQUEST FOR EXTENSION TO FILE STIPULATED DISMISSAL<br><br>[Proposed] Order submitted concurrently.<br><br>(caption continued) |

ALEXANDRIA HOUSING PARTNERS, L.P.,

    Cross-Claimant,

v.

COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES,

    Cross-Defendant.

COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES,

    Cross-Claimant,

v.

ALEXANDRIA HOUSING PARTNERS, L.P.,

    Cross-Defendant.

Plaintiffs, LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, and CANGRASS, by and through their legal counsel; ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC., by and through their legal counsel; the CITY OF LOS ANGELES, by and through its legal counsel and the COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES (CRA/LA), by and through its legal counsel, hereby file this Stipulation to Update the Court about the progress of the parties regarding the Settlement Agreement in the above captioned case.

1. On January 21, 2009, pursuant to Court Order, all parties finalized a joint Settlement Agreement.

2. The Order also required parties to file stipulated dismissals by January 21, 2009. This has not occurred because two parties to the Settlement Agreement are governmental agencies, the CRA/LA and the City of Los Angeles, and these parties require more time to obtain the necessary approval and signatures.

3. The Settlement Agreement includes a provision setting forth a specific dismissal process (including timing) for all claims by all parties.

4. Therefore, the parties respectfully request that the Court issue an order requiring dismissals be filed in accordance with the Settlement Agreement. Further, that the Court issue an order requiring dismissals be filed within 90 days or the Court will set an osc re dismissal.

///
///
///
///

CV07-082262 MMM (JWJX)   JT. STIP. REQUEST FOR EXTENSION TO FILE STIPULATED DISMISSAL

1     5.    The parties further request that the Court stay all pre-trial and trial dates in light of the final Settlement Agreement.

Dated: January 23, 2009     MEYERS, NAVE, RIBACK, SILVER & WILSON

By *Deborah* /s/
DEBORAH J. FOX
Attorneys for Defendant
COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES

Dated: January 22, 2009     Legal Aid Foundation of Los Angeles

By _____
Barbara J. Schultz
Attorneys for Plaintiffs
LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, and CANGRASS

Dated: January ___, 2009     TRACHTMAN & TRACHTMAN

By _____
VICTORIA CORRADO
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P.

Dated: January ___, 2009     FISHER & PHILLIPS, LLP

By _____
CHRISTINE BARAN
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

Dated: January ___, 2009     COX, CASTLE & NICHOLSON

By _____
PETER MORRISETTE
Attorneys for Cross-Claimant
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

5.   The parties further request that the Court stay all pre-trial and trial dates in light of the final Settlement Agreement.

Dated: January ___, 2009         MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
DEBORAH J. FOX
Attorneys for Defendant
COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES

Dated: January 23, 2009          Legal Aid Foundation of Los Angeles

By  *Patrick Dunlevy of Western Center on Law & Poverty for*
Barbara J. Schultz
Attorneys for Plaintiffs
LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, and CANGRASS

Dated: January ___, 2009         TRACHTMAN & TRACHTMAN

By _____
VICTORIA CORRADO
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P.

Dated: January ___, 2009         FISHER & PHILLIPS, LLP

By _____
CHRISTINE BARAN
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

Dated: January ___, 2009         COX, CASTLE & NICHOLSON

By _____
PETER MORRISETTE
Attorneys for Cross-Claimant
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

4

CV07-082262 MMM (JWJX)     JT. STIP. REQUEST FOR EXTENSION TO FILE STIPULATED DISMISSAL

5. The parties further request that the Court stay all pre-trial and trial dates in light of the final Settlement Agreement.

Dated: January ___, 2009      MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
DEBORAH J. FOX
Attorneys for Defendant
COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES

Dated: January 22, 2009      Legal Aid Foundation of Los Angeles

By _____
Barbara J. Schultz
Attorneys for Plaintiffs
LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, and CANGRASS

Dated: January 22, 2009      TRACHTMAN & TRACHTMAN

By _/s/ Victoria F. Conrad_____
VICTORIA CORRADO
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P.

Dated: January ___, 2009      FISHER & PHILLIPS, LLP

By _____
CHRISTINE BARAN
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

Dated: January ___, 2009      COX, CASTLE & NICHOLSON

By _____
PETER MORRISETTE
Attorneys for Cross-Claimant
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

1      5.    The parties further request that the Court stay all pre-trial and trial dates
2  in light of the final Settlement Agreement.

3  Dated: January ___, 2009    MEYERS, NAVE, RIBACK, SILVER & WILSON

5      By _____
    DEBORAH J. FOX
6      Attorneys for Defendant
    COMMUNITY REDEVELOPMENT AGENCY OF
7      THE CITY OF LOS ANGELES

8  Dated: January 22, 2009    Legal Aid Foundation of Los Angeles

9      By _____
    Barbara J. Schultz
10     Attorneys for Plaintiffs
    LEONARD WOODS, HILDA QUINTANA,
11     ALLEN MCCORKENDALE, WILLIAM
    CALDWELL, JOHN WASHINGTON, JOSEPH
12     BELL, DORIS JARRETT, PATRICK MICHAEL
    O'SHEA, SYLVIA WELCH, DIANE MERRITT,
13     and CANGRASS

14 Dated: January ___, 2009    TRACHTMAN & TRACHTMAN

16     By _____
    VICTORIA CORRADO
17     Attorneys for Defendants
    ALEXANDRIA HOUSING PARTNERS, L.P.

18 Dated: January 23, 2009    FISHER & PHILLIPS, LLP

20     By _____
    CHRISTINE BARAN
21     Attorneys for Defendants
    ALEXANDRIA HOUSING PARTNERS, L.P. and
22     LOGAN PROPERTY MANAGEMENT, INC.

23 Dated: January ___, 2009    COX, CASTLE & NICHOLSON

25     By _____
    PETER MORRISETTE
26     Attorneys for Cross-Claimant
    ALEXANDRIA HOUSING PARTNERS, L.P. and
27     LOGAN PROPERTY MANAGEMENT, INC.

28

5. The parties further request that the Court stay all pre-trial and trial dates in light of the final Settlement Agreement.

Dated: January ___, 2009        MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
DEBORAH J. FOX
Attorneys for Defendant
COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES

Dated: January 22, 2009        Legal Aid Foundation of Los Angeles

By _____
Barbara J. Schultz
Attorneys for Plaintiffs
LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, and CANGRASS

Dated: January ___, 2009        TRACHTMAN & TRACHTMAN

By _____
VICTORIA CORRADO
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P.

Dated: January ___, 2009        FISHER & PHILLIPS, LLP

By _____
CHRISTINE BARAN
Attorneys for Defendants
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

Dated: January 23, 2009        COX, CASTLE & NICHOLSON

By _____
PETER MORRISETTE
Attorneys for Cross-Claimant
ALEXANDRIA HOUSING PARTNERS, L.P. and LOGAN PROPERTY MANAGEMENT, INC.

4

CV07-082262 MMM (JWJX)        JT. STIP. REQUEST FOR EXTENSION TO FILE STIPULATED DISMISSAL

1  Dated: January 23, 2009         OFFICE OF LOS ANGELES CITY ATTORNEY

2                                  By _____
3                                     ELLEN M. FAWLS, Deputy City
                                       Attorneys for Defendant
4  1190472.1                          CITY OF LOS ANGELES