**McDERMOTT WILL & EMERY LLP**
MATTHEW OSTER (SBN 190541)
2049 Century Park East, Suite 3800
Los Angeles, California 90067
Telephone: 310-277-4110
Facsimile: 310-277-4730
Email: moster@mwe.com

**(Additional Counsel on Following Pages)**

Attorneys for Plaintiffs
William Caldwell, Allen McCorkendale, Hilda Quintana, Leonard Woods, John Washington, Joseph Bell, Doris Jarrett, Patrick Michael O'Shea, Sylvia Welch, Diane Merritt and CANGRESS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WOODS, HILDA QUINTANA, ALLEN MCCORKENDALE, WILLIAM CALDWELL, JOHN WASHINGTON, JOSEPH BELL, DORIS JARRETT, PATRICK MICHAEL O'SHEA, SYLVIA WELCH, DIANE MERRITT, individuals, and CANGRESS, a non-profit California corporation.<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRIA HOUSING PARTNERS, L.P., LOGAN PROPERTY MANAGEMENT, INC., CITY OF LOS ANGELES, COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV07-08262 MMM (JWJx)<br><br>[~~PROPOSED~~] **DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**<br><br>[Stipulation filed concurrently]<br><br>**Complaint Filed: December 20, 2007**<br>**Judge: Hon. Margaret Morrow** |

**Counsel for Plaintiffs (continued from first page)**

**LEGAL AID FOUNDATION OF LOS ANGELES**
BARBARA SCHULTZ (SBN 168766)
LOUIS RAFTI (SBN 243813)
1550 W. 8th Street
Los Angeles, California 90017
Telephone: 213-640-3823
Facsimile: 213-640-3850

**DISABILITY RIGHTS LEGAL CENTER**
PAULA D. PEARLMAN (SBN 109038)
SHAWNA PARKS (SBN 208301)
JOSEPHINE LEE-NOZAKI (SBN 247384)
Loyola Law School
919 Albany Street
Los Angeles, California 90015
Telephone: 213-736-1477
Facsimile: 213-736-1428

**WESTERN CENTER ON LAW AND POVERTY**
PATRICK DUNLEVY (SBN 162722)
DEANNA KITAMURA (SBN 162039)
ANDREA LUQUETTA (SBN 250632)
RICHARD A. ROTHSCHILD (SBN 67356)
3701 Wilshire Boulevard, Suite 208
Los Angeles, California 90010
Telephone: 213-235-2617
Facsimile: 213-487-0242

Attorneys for Plaintiffs
William Caldwell, Allen McCorkendale, Hilda Quintana, Leonard Woods, John Washington, Joseph Bell, Doris Jarrett, Patrick Michael O'Shea, Sylvia Welch, Diane Merritt and CANGRESS

Pursuant to the Stipulated Request for Dismissal and attached Settlement Agreement, submitted by all parties on March 6, 2009, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and cross-claims and the Preliminary Injunction issued on May 22, 2008, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS FURTHER ORDERED** that the monetary relief provided for in the Settlement Agreement shall be disbursed as soon as possible, and in no event later than April 30, 2009 for the payments to individual plaintiffs, CANGRESS, and plaintiffs' counsel.

**IT IS FURTHER ORDERED** that, based on the Court's findings that: (1) plaintiffs Woods, McCorkendale, Caldwell, and Merritt each has a disability that substantially impairs his or her ability to provide for his or her own care and constitutes a substantial handicap; (2) plaintiffs Woods, McCorkendale, Caldwell, and Merritt each is likely to have special needs that will not be met without a special needs trust; and (3) the money to be paid to the trusts under the Settlement Agreement does not exceed the amount that appears reasonably necessary to meet the special needs of each of these four plaintiffs, defendants shall separately provide plaintiffs' counsel the requested portions of these plaintiffs' individual recoveries under the Settlement Agreement so that they may be deposited into special needs trusts.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement and assisting in carrying out any procedures as necessary under the Settlement Agreement.

Dated: March 9, 2009                    _Margaret M. Morrow_

1 | Respectfully Submitted By:
2 |
3 | **McDermott Will & Emery LLP**
4 |
5 | _____
Matthew Oster
Attorneys for Plaintiffs
6 | William Caldwell, Allen McCorkendale, Hilda Quintana, Leonard Woods, John Washington, Joseph Bell, Doris Jarrett, Patrick Michael O'Shea, Sylvia Welch,
7 | Diane Merritt and CANGRESS